8/06/2021

ALEXANDER ROSA 381946

      V.

DOE  ETAL.

CASE NO. 3:21-CV-00481-JAM

SEP 9 2021 PM 2:18
FILED - USDC - BPT - CT

8.6.21

## MEMORANDUM OF LAW
## IN SUPPORT
## TO ACCEPT AND APROVE
## INFORMA PAUPERIS
## APPLICATION

#1 COVID RELIEF FUNDS/STIMULUS CHECKS ARE FEDERALLY TAX PAYER FUNDED TO SUPPORT STRESS RELIEF FOR CITIZENS AND INMATES

#2 TAX PAYERS PAY THE FEDERAL COURT SYSTEM, ITS UTILITIES, JUDGES SALARIES, AND ETC.

#3 TAX PAYERS MONIES PAY THE COST OF INCARCERATION THATS SUPPOSE TO PAY FOR ADEQUATE "MEDICAL TREATMENT" OF WHICH I ALEXANDER ROSA IS NOT RECIEVING

#4 THIS IS A LEGITIMATE LAW SUIT! CC: US DEPT. OF JUSTICE 950 PENNSLYVANIA AVE NW WASHINGTON DC 20530

I ALEXANDER ROSA PRAY THIS HONORABLE COURT GRANTS MY MOTION.

ALEXANDER ROSA #381946
OSBORN CORRECTIONAL INSTITUTION
335 BILTON ROAD
SOMERS, CT 06071



7 SEP 2021   PM 4 L

USDON L....
335 BILTON ROAD
SOMERS, CT 06071

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
U S COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

06604-476899

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY